```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

TROY PEEBLES, CRAIG E. WHITE,     )
BRYAN KLOUTSE, MELVIN             )
MOTLEY, JR., LEON FELDER,         )
CECIL PAYNE, TONIA HOLFORD,       )
TERRY HARDEN, GREGORY MILLER,     )
GERALD DAVIS, SR., COURTNEY       )
THOMPSON, SR., BENJAMIN           )
ROBINSON, JR.,                    )
                                  )     Case No. 3:04-0754
        Plaintiffs,               )     Judge Echols
                                  )
    v.                            )
                                  )
A. SCHULMAN INC.,                 )
                                  )
        Defendant.                )

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendant's Motion for Summary Judgment (Docket Entry No. 70) is hereby GRANTED;

(2) Defendant's Motion to Strike Affidavit of Melvin Motley, Jr. (Docket Entry No. 91) is hereby GRANTED IN PART and DENIED IN PART. Paragraphs 2, 6, 9, 10, 11, 15 and 16 of Motley's Affidavit are hereby STRICKEN;

(3) Defendant's Renewed Motion to Sever Plaintiffs' Claims, or, in the Alternative, to Order Separate Trial (Docket Entry No. 94) is hereby DENIED AS MOOT; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE